Moore v. Harland et al.

Filed Sept. 23, 1886.

---

No. 12,421.

## MOORE v. HARLAND ET AL.

SUPREME COURT.— *What Errors Not Available.—Practice.*—Questions not presented to the trial court can not be made available on appeal.

The Town of Rushville v. Adams.

SAME.—*Sufficiency of Evidence.*—Where there is evidence sustaining the finding of the court, it will not be disturbed.

From the Clinton Circuit Court.

*J. Claybaugh* and *G. Sexson,* for appellant.

*S. Vanton,* for appellees.

ELLIOTT, J.—It is urged by appellant's counsel that an error was committed by the trial court in permitting an instrument of writing to be introduced in evidence, but as the introduction of this evidence was not made one of the causes for a new trial, it is not properly before us for consideration. It is well settled that questions not presented to the lower court can not be made available on appeal.

It is also insisted that the assessment was erroneous, but we can not reverse the judgment upon this ground. The question was one of fact, and as there is evidence sustaining the finding of the court, it can not be disturbed. There is, it is true, much conflict in the evidence, but this court will not attempt to determine where the preponderance is.

Judgment affirmed.

Filed Sept. 23, 1886.